| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
*versus* § CASE NO.
§
§

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, United States Magistrate Judge Earl S. Hines made and filed Findings of Fact and Recommendations regarding defendant's plea of guilty to:


The magistrate judge accepted defendant's guilty plea, recommends that defendant be adjudged guilty of the offense(s) to which he pleaded guilty, and recommends that the court defer acceptance or rejection or defendant's plea agreement until after reviewing the presentence report.

The parties do not object to the magistrate judge's findings and conclusions, and the court is of the opinion that they should be and are hereby **ADOPTED**. Further, the court **RATIFIES** the magistrate judge's acceptance of the guilty plea. Accordingly, it is **ORDERED:**

1. Defendant is adjudged **GUILTY** of the offense(s) alleged in:


2. The court ✓ accepts defendant's plea agreement ☐ will defer a decision to accept or reject defendant's plea agreement until the court reviews the presentence report.


SIGNED at Beaumont, Texas, this 20th day of July, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE